# Court of Appeals of the State of Georgia

ATLANTA, June 20, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1992. MICHAEL GRIMES v. ASGHAR MEMARZARDEN.

On February 28, 2025, the trial court entered a final order dismissing a civil action Michael Grimes filed against Asghar Memarzarden seeking to recover property he claims was taken through forgery and fraud. Grimes filed an application for discretionary review in the Supreme Court of Georgia, which, after finding no basis for exercising its jurisdiction, transferred the case here. See Case No. S25D0884 (Apr. 17, 2025). We granted Grimes's discretionary application and he filed an appeal therefrom, which has been docketed as Case No. A25A1926. Grimes also filed a second notice of appeal from the same trial court order in the Supreme Court, which, once again, transferred the case to this Court. See S25A0834 (May 6, 2025). Because this appeal is duplicative of the pending appeal in Case No. A25A1926, it is hereby DISMISSED as duplicative. The parties are DIRECTED to submit all future filings in this appeal under Case No. A25A1926.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/20/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.